SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>       Plaintiff,<br><br>vs.<br><br><br>Mohammad O. Danishyar, et al,<br><br><br><br>       Defendants | Case No.: CIV.S 09-cv-02382-JAM-JFM (PS)<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ROBERT LEA; NANCY LEA AND ORDER**<br><br>Complaint Filed: AUGUST 26, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Robert Lea; Nancy Lea) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Robert Lea; Nancy Lea) are dismissed because Plaintiff is unable to achieve proper service on these Defendants.

Dated: January 6, 2010                               /s/Scott N. Johnson_____
                                                                  SCOTT N. JOHNSON
                                                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                               CIV: S-09-02382-JAM-JFM (PS)

PDF created with pdfFactory trial version www.pdffactory.com

Dated:   January 6, 2010                                                         /s/ John A. Mendez
                                                                                              U. S. DISTRICT COURT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                                    CIV: S-09-02382-JAM-JFM (PS)

PDF created with pdfFactory trial version www.pdffactory.com