1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,              No. 2:09-cv-2382-JAM–JFM

12      vs.

13   MOHAMMAD DANISHYAR, et al.,

14            Defendants.        <u>ORDER SETTING STATUS CONFERENCE</u>

15   _____/

16            This action has been assigned to Judge John A. Mendez and has been referred to

17   the undersigned for all purposes described in Local Rule 302(c)(21).

18            The parties are informed that they may, if all consent, have this case tried by a

19   United States Magistrate Judge while preserving their right to appeal to the Circuit Court of

20   Appeal.  An appropriate form for consent to trial by a magistrate judge is attached.  Any party

21   choosing to consent may complete the form and return it to the clerk of this court.  Neither the

22   magistrate judge nor the district judge handling the case will be notified of the filing of a consent

23   form unless all parties to the action have consented.

24            Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule

25   240, IT IS HEREBY ORDERED that:

26   /////

1. A Status (Pretrial Scheduling) Conference is set for January 13, 2011, at 11:00 a.m. in courtroom # 26 before the undersigned.

2. All parties shall appear by counsel or in person if acting without counsel.

3. The parties shall submit to the court and serve by mail on all other parties, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

      a.  Service of process;

      b.  Possible joinder of additional parties;

      c.  Any expected or desired amendment of the pleadings;

      d.  Jurisdiction and venue;

      e.  Anticipated motions and the scheduling thereof;

      f.  Anticipated discovery and the scheduling thereof;

      g.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

      h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

      i.  Whether the case is related to any other case, including matters in bankruptcy;

      j.  Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

      k.  Any other matters that may add to the just and expeditious disposition of this matter.

4. Plaintiff and counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 160).  In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be

filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

       5.  The Clerk shall issue the "Consent to Proceed Before United States Magistrate Judge" form and serve all parties along with this order.

DATED:  October 26, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;john2382.status.set

3