1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8  SCOTT N. JOHNSON,
9           Plaintiff,                    No. 2:09-cv-2382-JAM–JFM
10          vs.
11 MOHAMMAD DANISHYAR, et al.,
12          Defendants.               ORDER
13 _____/
14          A status conference was held in this matter on January 13, 2011, at 11:00 a.m. in
15 courtroom # 26.  Plaintiff appeared in propria persona.  Defendants Mohammad Danishyar, Tung
16 Pham, Olga Demyanchuk and Olga Marunenko also appearing in pro per.  Upon consideration of
17 the status report on file in this action, discussion with plaintiff and defendants and good cause
18 appearing therefor, THE COURT ORDERS AS FOLLOWS:
19          1. Within twenty days from the date of this order plaintiff shall either move to
20 amend his complaint herein to state a claim against the owner of the properties leased or rented to
21 the current defendants in this case or plaintiff shall show cause why such motion shall not be
22 made; and
23 /////
24 /////
25 /////
26 /////

2.  Further scheduling of this case shall await resolution of the matter addressed in paragraph 1, above.

DATED:  April 4, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;john2382.oasc