IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:09-cv-2382-JAM–JFM

    vs.

MOHAMMAD DANISHYAR, et al.,

        Defendants.           ORDER

_____/

        On May 18, 2011, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Good cause appearing, IT IS HEREBY ORDERED that this case is closed.

DATED: May 25, 2011.

                                              UNITED STATES MAGISTRATE JUDGE

/014;john2382.dism